UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PARK MERIDIAN CONDOMINIUM ASSOCIATION,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>STATE FARM FIRE & CASUALTY COMPANY, *et al.*,<br><br>　　　　　Defendants. | CASE NO. C18-1645-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' model stipulated protective order (Dkt. No. 15). The parties are ORDERED to submit a Word version of the stipulated protective order to coughenourorders@wawd.uscourts.gov.

DATED this 19th day of June 2019.

　　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　s/Tomas Hernandez
　　　　　　　　　　　　　　　　　　Deputy Clerk