THE HONORABLE JOHN C. COUGHENOUR

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9  PARK MERIDIAN CONDOMINIUM          CASE NO. C19-0903-JCC
   ASSOCIATION, a Washington non-profit
10 corporation,                       MINUTE ORDER

11                     Plaintiff,

12          v.

13 ALLSTATE INSURANCE COMPANY, an
   Illinois Corporation; DOE INSURANCE
14 COMPANIES 1-10,

15                     Defendants.

16

17        The following Minute Order is made by direction of the Court, the Honorable John C.

18 Coughenour, United States District Judge:

19        This matter comes before the Court on Plaintiff Park Meridian Condominium

20 Association, Defendant Allstate Insurance Company, and Defendant State Farm Fire and

21 Casualty Company's stipulated motion to consolidate this case with *Park Meridian*

22 *Condominium Association v. State Farm Fire & Cas. Co., et al.*, Case No. C18-1645-JCC (W.D.

23 Wash.) (Dkt. No. 11).

24        Pursuant to Western District of Washington Local Civil Rule 42(b) and the parties'

25 stipulation, the Court hereby CONSOLIDATES *Park Meridian Condominium Association v.*

26 *Allstate Insurance Co.*, Case No. C19-0903-JCC (W.D. Wash.) with *Park Meridian*

1  *Condominium Association v. State Farm Fire & Cas. Co., et al.*, Case No. C18-1645-JCC (W.D.

2  Wash.) The Clerk is DIRECTED to consolidate case number C19-0903-JCC into case number

3  C18-1645-JCC, and to add all Defendants to the case caption for C18-1645-JCC. All future

4  pleadings shall bear the case number C18-1645-JCC.

5      The parties also stipulate to entry of a new case schedule for *Park Meridian*

6  *Condominium Association v. State Farm Fire & Cas. Co., et al.*, Case No. C18-1645-JCC (W.D.

7  Wash.). Having thoroughly considered the parties' stipulation and finding good cause, the Court

8  hereby ORDERS that the following case schedule shall govern *Park Meridian Condominium*

9  *Association v. State Farm Fire & Cas. Co., et al.*, Case No. C18-1645-JCC (W.D. Wash.):

10     1.  Trial in this matter is set for August 10, 2020 at 9:30 a.m.;

11     2.  Trial briefs, proposed *voir dire*, and joint jury instructions shall be filed no later than

12         August 6, 2020;

13     3.  The proposed pretrial order shall be filed no later than July 30, 2020;

14     4.  The parties shall contact Paul Pierson regarding the Court's trial schedule no later than

15         July 13, 2020;

16     5.  Defendants' pretrial statement shall be filed no later than July 10, 2020;

17     6.  Plaintiff's pretrial statement shall be filed no later than June 30, 2020;

18     7.  Dispositive motions shall be filed no later than May 12, 2020;

19     8.  Discovery shall be completed no later than April 13, 2020;

20     9.  Rebuttal expert disclosures shall be completed no later than March 12, 2020;

21     10. Plaintiff and Defendant Allstate shall complete Rule 39.1 mediation no later than

22         February 14, 2020;

23     11. Plaintiff and Defendant State Farm shall complete Rule 39.1 mediation no later than

24         April 27, 2020;

25     12. Expert disclosures shall be completed no later than February 12, 2020; and

26     13. Amended pleadings and third-party actions related to Plaintiff's complaint against

Defendant Allstate shall be filed no later than November 8, 2019. The deadline for amended pleadings and third-party actions related to Plaintiff's complaint against Defendant State Farm has already passed.

DATED this 28th day of August 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk