THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PARK MERIDIAN CONDOMINIUM ASSOCIATION, a Washington non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM FIRE & CASUALTY COMPANY, an Illinois corporation, *et al.*,<br><br>Defendants. | CASE NO. C18-1645-JCC<br><br>MINUTE ORDER |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the expert disclosure deadlines (Dkt. No. 29). The Court hereby GRANTS the motion. The expert disclosure deadline is extended until March 4, 2020. The rebuttal expert disclosure deadline is extended until March 26, 2020.

DATED this 13th day of February 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C18-1645-JCC
PAGE - 1