HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| PARK MERIDIAN CONDOMINIUM ASSOCIATION, a Washington non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM FIRE & CASUALTY COMPANY, an Illinois corporation; and DOE INSURANCE COMPANIES 1-10,<br><br>Defendants. | NO. 2:18-cv-01645-JCC<br><br>STIPULATED MOTION FOR DISMISSAL<br><br>NOTE ON MOTION CALENDAR: MARCH 25, 2020 |

Pursuant to F.R.C.P. 41(a)(1) and LR 10(g), the parties stipulate that all claims in this action shall be dismissed with prejudice without fees or costs awarded to either party. The parties request that the case be closed.

///

///

///

///

STIPULATED MOTION FOR DISMISSAL – 1
Case: 2:18-cv-01645-JCC

067826.000044 1127144.docx

REED McCLURE
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98161-1087
(206) 292-4900; FAX (206) 223-0152

1   DATED this 25th day of March, 2020.

2

3                                                          By *s/ Michael S. Rogers*
                                                              Michael S. Rogers, WSBA 16423
4                                                             Reed McClure
                                                              Attorneys for Defendant State Farm
5                                                             1215 Fourth Avenue, Suite 1700
                                                              Seattle WA 98161-1087
6                                                             206.292.4900 – Phone
                                                              206.223.0152 – Fax
7                                                             mrogers@rmlaw.com

8

9
                                                          By *s/ Jerry Stein*
10                                                            Justin D. Sudweeks, WSBA 28755
                                                              Daniel Stein, WSBA 48739
11                                                            Jessica Burns, WSBA 49852
                                                              Jerry Stein, WSBA 27721
12                                                            Stein, Sudweeks & Stein PLLC
                                                              Attorneys for Plaintiff
13                                                            2701 First Avenue, Suite 430
                                                              Seattle WA  98121
14                                                            206.388.0660 – Phone
                                                              206.286.2660 – Fax
15                                                            dstein@condodefects.com

16

17

18
    IT IS SO ORDERED.
19

20
    DONE this _____ day of _____, 2020.
21

22

23                                                         _____
                                                              HONORABLE JOHN C. COUGHENOUR
24

25


STIPULATED MOTION FOR DISMISSAL – 2

Case: 2:18-cv-01645-JCC

067826.000044 1127144.docx

REED McCLURE
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON  98161-1087
(206) 292-4900; FAX (206) 223-0152